IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOLITA DUGLAS<br>**Plaintiff,** | :<br>:<br>: |
| v. | : **CIVIL ACTION NO. 19-CV-4107** |
| STEFFAN W. SCHULZ,<br>**Defendant.** | :<br>:<br>: |

## ORDER

**AND NOW**, this 31st day of October, 2019, upon consideration of Plaintiff Lolita Duglas's Amended Complaint (ECF No. 7) it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

2. Ms. Duglas's Motion to Proceed *In Forma Pauperis* (ECF No. 6) is **DENIED AS MOOT** because the Court granted her prior Motion seeking the same relief.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case for all purposes, including statistics.

BY THE COURT:

_____
**GENE E.K. PRATTER, J.**